# U.S. District Court
# Southern District of Ohio (Dayton)
# CIVIL DOCKET FOR CASE #: 3:24−cv−00296−TMR−PBS

| | |
|---|---|
| CHITALU v. TOTALLY PROMOTIONAL | Date Filed: 11/12/2024 |
| Assigned to: Judge Thomas M. Rose | Date Terminated: 11/12/2024 |
| Referred to: Magistrate Judge Peter B. Silvain, Jr | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity−Contract Dispute | Nature of Suit: 360 P.I.: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

| | | |
|---|---|---|
| **CHITALU CHITALU** | represented by | **Joshua Sanford**<br>Sanford Law Firm, PLLC<br>10800 Financial Centre Pkwy<br>Suite 510<br>Little Rock, AR 72211<br>501−221−0088<br>Fax: 888−787−2040<br>Email: ecfnotices@sanfordlawfirm.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

**TOTALLY PROMOTIONAL**

Email All Attorneys

| Date Filed | # | Docket Text |
|---|---|---|
| 11/12/2024 | 1 | COMPLAINT with JURY DEMAND against TOTALLY PROMOTIONAL (Filing fee $ 405 paid), filed by CHITALU CHITALU. (Attachments: # 1 Civil Cover Sheet) (Sanford, Joshua) (Entered: 11/12/2024) |
| 11/12/2024 | 2 | REQUEST for Issuance of Summons. (Sanford, Joshua) (Entered: 11/12/2024) |
| 11/12/2024 | 3 | ORDER OF TRANSFER − Accordingly, pursuant to 28 U.S.C. § 1391(b) and LR 3.8(a), the Clerk of Courts is hereby DIRECTED TO TRANSFER this case to the Northern District of Ohio at Toledo for all further proceedings. DONE and ORDERED in Dayton, Ohio, this Tuesday, November 12, 2024. Signed by Judge Thomas M. Rose on 11/12/2024. (acw) (Entered: 11/12/2024) |
| 11/12/2024 |  | Case transferred to District of Northern District of Ohio at Toledo. Case file and docket sheet sent Electronically. (acw) (Entered: 11/12/2024) |