UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Chitalu Chitalu, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>Casad Company, Inc., d/b/a Totally Promotional<br><br>    Defendant. | Case No. 3:24-cv-01975-JZ |

## NOTICE OF APPEARANCE

TO THE CLERK:

 PLEASE TAKE NOTICE that Thomas I. Moran of the law firm Mullen Coughlin LLC, an attorney authorized to appear in this case before this Court, hereby enters his appearance on behalf of Defendant, Casad Company, Inc., d/b/a Totally Promotional in the above captioned matter.

               Respectfully submitted,

Dated: December 4, 2024      /s/ Thomas I. Moran
               Thomas I. Moran
               **MULLEN COUGHLIN LLC**
               70 Birch Alley, Suite 240
               Beavercreek, OH  45540
               Tel: (267) 930-2085
               Fax: (267) 930-4771
               tmoran@mullen.law
               ***Counsel for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2024, a copy of this Notice of Appearance was filed electronically and served on all counsel of record through the electronic filing system.

By: /s/ Thomas I. Moran
Thomas I. Moran
**MULLEN COUGHLIN LLC**
70 Birch Alley, Suite 240
Beavercreek, OH  45540
Tel: (267) 930-2085
Fax: (267) 930-4771
tmoran@mullen.law
*Counsel for Defendant*