> **Motion Granted.**
> **Counsel shall become familiar with the ACTL Code of Conduct.**
>
> */s/ Jack Zouhary*
> **U.S. DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CHITALU CHITALU, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 3:24-cv-01975-JZ |
| v. | |
| CASAD COMPANY, INC., d/b/a TOTALLY PROMOTIONAL | |
| Defendant. | |

## MOTION FOR ADMISSION PRO HAC VICE OF CLAUDIA D. MCCARRON

Pursuant to Rule 83.5(h) of the Local Civil Rules of the United States District Court for the Northern District of Ohio, Thomas I. Moran, counsel of record for Defendant, Casad Company, Inc., d/b/a Totally Promotional ("Casad"), hereby moves the Court to admit Attorney Claudia D. McCarron *pro hac vice* to appear and participate as additional counsel of records in this case for Casad.

Movant represents that Attorney McCarron is a member in good standing of the highest court of Pennsylvania, and that this Motion is accompanied by the required $120.00 fee. Attorney McCarron will promptly register for electronic filing with this Court upon the granting of this Motion.

A declaration from Attorney McCarron in support of this Motion is attached.

Respectfully submitted,

Dated: December 13, 2024

/s/ Thomas I. Moran
Thomas I. Moran
**MULLEN COUGHLIN LLC**
70 Birch Alley, Suite 240
Beavercreek, OH 45540
Tel: (267) 930-2085
Fax: (267) 930-4771
tmoran@mullen.law
***Counsel for Defendant***

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2024, a copy of this Motion for Admission Pro Hac Vice of Claudia D. McCarron was filed electronically and served on all counsel of record through the electronic filing system.

By:    /s/ Thomas I. Moran
Thomas I. Moran
**MULLEN COUGHLIN LLC**
70 Birch Alley, Suite 240
Beavercreek, OH 45540
Tel: (267) 930-2085
Fax: (267) 930-4771
tmoran@mullen.law
*Counsel for Defendant*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CHITALU CHITALU, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CASAD COMPANY, INC., d/b/a TOTALLY PROMOTIONAL<br><br>    Defendant. | Case No. 3:24-cv-01975-JZ |

## DECLARATION IN SUPPORT OF MOTION FOR
## ADMISSION PRO HAC VICE OF CLAUDIA D. MCCARRON

I, Claudia D. McCarron, an attorney seeking to represent Defendant, Casad Company, Inc., d/b/a Totally Promotional, in the above-captioned matter, hereby declare as follows:

1. I make this declaration based upon my own personal knowledge;

2. I seek admission *pro hac vice* in the above-referenced matter;

3. I hereby attest that I am a member in good standing of the highest court of the State of Pennsylvania. I was admitted to the Pennsylvania bar in 1981.

4. I hereby provide the information required by Rule 83.5(h) of the Local Rules for the United States District Court of the Northern District of Ohio:

   a. Claudia D. McCarron, Esq.
      Mullen Coughlin, LLC
      426 W. Lancaster Ave., Ste. 200
      Devon, PA 19333
      Telephone: (267) 930-4787
      Fax: (267) 930-4771
      Email: cmccarron@mullen.law

   b. I was admitted to practice before the Pennsylvania Supreme Court on February 2, 1981, and my Pennsylvania Bar No. is 33604. A true and correct copy of a Certificate in Good Standing from the Pennsylvania Supreme Court is attached hereto.

    c. I have never been disbarred or suspended from practice before any court, department, bureau, or commission of any State or the United States.

    d. I have never received a reprimand from any court, department, bureau, or commission of any State or the United States pertaining to conduct or fitness as a member of the bar.

I declare under penalty of perjury under laws of the United States that the foregoing is true and correct.

Executed this 13th day of December, 2024 in Devon, Pennsylvania.

*Claudia D. McCarron*
_____
Claudia D. McCarron



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Claudia Drennen McCarron, Esq.

**DATE OF ADMISSION**

**February 2, 1981**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: December 10, 2024

Steven Rothermel, Esq.
Deputy Prothonotary