**Motion Granted.
Counsel shall become familiar with the ACTL Code of Conduct.**

**/s/ Jack Zouhary
U.S. DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

CHITALU CHITALU, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

CASAD COMPANY, INC., d/b/a TOTALLY PROMOTIONAL

    Defendant.

Case No. 3:24-cv-01975-JZ

# MOTION FOR ADMISSION PRO HAC VICE OF MEGHAN J. WOOD

Pursuant to Rule 83.5(h) of the Local Civil Rules of the United States District Court for the Northern District of Ohio, Thomas I. Moran, counsel of record for Defendant, Casad Company, Inc., d/b/a Totally Promotional ("Casad"), hereby moves the Court to admit Attorney Meghan J. Wood *pro hac vice* to appear and participate as additional counsel of records in this case for Casad.

Movant represents that Attorney Wood is a member in good standing of the highest court of Illinois, and that this Motion is accompanied by the required $120.00 fee. Attorney Wood will promptly register for electronic filing with this Court upon the granting of this Motion.

A declaration from Attorney Wood in support of this Motion is attached.

Respectfully submitted,

Dated: December 13, 2024

/s/ Thomas I. Moran
Thomas I. Moran
**MULLEN COUGHLIN LLC**
70 Birch Alley, Suite 240
Beavercreek, OH 45540
Tel: (267) 930-2085
Fax: (267) 930-4771
tmoran@mullen.law
***Counsel for Defendant***

## CERTIFICATE OF SERVICE

    I hereby certify that on December 13, 2024, a copy of this Motion for Admission Pro Hac Vice of Meghan J. Wood was filed electronically and served on all counsel of record through the electronic filing system.

                                  By:    /s/ Thomas I. Moran
                                              Thomas I. Moran
                                              **MULLEN COUGHLIN LLC**
                                              70 Birch Alley, Suite 240
                                              Beavercreek, OH 45540
                                              Tel: (267) 930-2085
                                              Fax: (267) 930-4771
                                              tmoran@mullen.law
                                              ***Counsel for Defendant***

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CHITALU CHITALU, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CASAD COMPANY, INC., d/b/a TOTALLY PROMOTIONAL<br><br>　　　　Defendant. | Case No. 3:24-cv-01975-JZ |

### DECLARATION IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE OF MEGHAN J. WOOD

I, Meghan J. Wood, an attorney seeking to represent Defendant, Casad Company, Inc., d/b/a Totally Promotional, in the above-captioned matter, hereby declare as follows:

1. I make this declaration based upon my own personal knowledge;

2. I seek admission *pro hac vice* in the above-referenced matter;

3. I hereby attest that I am a member in good standing of the highest court of the State of Illinois. I was admitted to the Illinois bar in 2015.

4. I hereby provide the information required by Rule 83.5(h) of the Local Rules for the United States District Court of the Northern District of Ohio:

   a. Meghan J. Wood, Esq.
      Mullen Coughlin, LLC
      350 S. Northwest Highway, Ste. 300
      Park Ridge, IL 60068
      Telephone: (267) 930-1410
      Fax: (267) 930-4771
      Email: mwood@mullen.law

   b. I was admitted to practice before the Supreme Court of Illinois on November 5, 2015, and my Illinois Bar No. is 6321756. A true and correct copy of a Certificate in Good Standing from the Supreme Court of Illinois is attached hereto.

    c. I have never been disbarred or suspended from practice before any court, department, bureau, or commission of any State or the United States.

    d. I have never received a reprimand from any court, department, bureau, or commission of any State or the United States pertaining to conduct or fitness as a member of the bar.

I declare under penalty of perjury under laws of the United States that the foregoing is true and correct.

Executed this 13th day of December, 2024 in Devon, Pennsylvania.

_____
Meghan J. Wood



**Attorney Registration and Disciplinary Commission
of the
Supreme Court of Illinois
www.iardc.org**

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
12/13/2024

Re: Meghan J. Wood
Attorney No. 6321756

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Meghan J. Wood was admitted to practice law in Illinois on 11/5/2015; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Lea S. Gutierrez
Administrator

By: _____
Andrew Oliva
Registrar