IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Chitalu Chitalu,<br> *individually and on behalf of*<br> *all others similarly situated*, | Case No. 3:24 CV 1975<br><br>O R D E R |
| Plaintiff, | JUDGE JACK ZOUHARY |
| -vs- | |
| Casad Company, Inc.<br> *d/b/a Totally Promotional*, | |
| Defendant. | |

Initial Telephone Conference held on December 23, 2024. Counsel present: Josh Sanford for Plaintiff; Claudia McCarron and Meghan Wood for Defendant.

Counsel informed this Court of the status of settlement negotiations. Counsel are encouraged to continue their discussions. Defendant is researching a potential Rule 12(b)(6) motion. If settlement is not reached soon, counsel for all parties shall exchange letters outlining their respective positions on the issues of class certification waiver and mandatory arbitration prior to the next status conference. A Zoom Status Conference is scheduled for **Tuesday, February 18, 2025 at 3 PM (EST)** for counsel to update this Court on settlement status or potential motion practice.

Counsel may call or email Chambers at (zouhary_chambers@ohnd.uscourts.gov) for further assistance.

Defendant's Answer is stayed until further Order of this Court.

IT IS SO ORDERED.

        s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

December 23, 2024