UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CHITALU CHITALU, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br>   v.<br><br>CASAD COMPANY, INC., d/b/a TOTALLY PROMOTIONAL<br><br>          Defendant. | Case No. 3:24-cv-01975-JZ |

**DEFENDANT CASAD COMPANY, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Casad Company, Inc., d/b/a Totally Promotional ("Casad") hereby submits the following disclosure statement:

Casad is not a publicly traded company. Blue Trench, Inc., a private corporation, owns 100% of Casad. No publicly held corporation owns 10% or more of stock for Blue Trench, Inc. or Casad.

                                              Respectfully submitted by,

                                              */s/ Claudia D. McCarron*
                                              Claudia D. McCarron

                                              Attorney for Defendant *Casad Company, Inc., d/b/a Totally Promotional*

OF COUNSEL:
MULLEN COUGHLIN LLC
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
Phone: (267) 930-4787
cmccarron@mullen.law

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2025, a true and correct copy of the foregoing document has been served upon all counsel of record via CM/ECF.

*/s/ Claudia D. McCarron*
Claudia D. McCarron

2