**Motion Granted.**
**Counsel shall become familiar with the ACTL Code of Conduct.**

*/s/ Jack Zouhary*
**U.S. DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CHITALU CHITALU, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>CASAD COMPANY, INC., d/b/a TOTALLY PROMOTIONAL<br><br>        Defendant. | Case No. 3:24-cv-01975-JZ |

## MOTION FOR ADMISSION PRO HAC VICE OF LEIGH S. MONTGOMERY

Pursuant to Rule 83.5(h) of the Local Civil Rules of the United States District Court for the Northern District of Ohio, Joshua Sanford, counsel of record for Plaintiff, Chitalu Chitalu ("Plaintiff"), hereby moves the Court to admit Attorney Leigh S. Montgomery *pro hac vice* to appear and participate as additional counsel of records in this case for Plaintiff.

Movant represents that Attorney Montgomery is a member in good standing of the highest court of Texas, and that this Motion is accompanied by the required $120.00 fee. Attorney Montgomery will promptly register for electronic filing with this Court upon the granting of this Motion.

A declaration from Attorney Montgomery in support of this Motion is attached.

Dated: January 07, 2025

Respectfully submitted,

/s/ Joshua Sanford

Joshua Sanford (AR Bar ID # 2001037)
**EKSM, LLP**
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Phone: (501) 221-0088
Fax: (888) 787-2040
jsanford@eksm.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 07, 2025, a copy of this Motion for Admission Pro Hac Vice of Leigh S. Montgomery was filed electronically and served on all counsel of record through the electronic filing system.

/s/ Joshua Sanford

Joshua Sanford (AR Bar ID # 2001037)
**EKSM, LLP**
10800 Financial Centre Pkwy,
Suite 510
Little Rock, Arkansas 72211
Phone: (501) 221-0088
Fax: (888) 787-2040
jsanford@eksm.com
***Counsel for Plaintiff***

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

CHITALU CHITALU, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

CASAD COMPANY, INC., d/b/a TOTALLY PROMOTIONAL

    Defendant.

Case No. 3:24-cv-01975-JZ

## DECLARATION IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE OF LEIGH S. MONTGOMERY

I, Leigh S. Montgomery, an attorney seeking to represent Plaintiff, Chitalu Chitalu in the above-captioned matter, hereby declare as follows:

1. I make this declaration based upon my own personal knowledge;

2. I seek admission *pro hac vice* in the above-referenced matter;

3. I hereby attest that I am a member in good standing of the highest court of the State of Texas. I was admitted to the Texas bar in 2008.

4. I hereby provide the information required by Rule 83.5(h) of the Local Rules for the United States District Court of the Northern District of Ohio:

    a. Leigh S. Montgomery
       **EKSM, LLP**
       4200 Montrose Blvd
       Suite 200
       Houston, Texas 77006
       Phone: (888) 350-3931
       Fax: (888) 276-3455

    b. I was admitted to practice before the Supreme Court of Texas on May 2, 2008, and my Texas Bar No. is 24052214. A true and correct copy of a Certificate in Good Standing from the Supreme Court of Texas is attached hereto.

I have never been disbarred or suspended from practice before any court, department, bureau, or commission of any State or the United States.

d   I have never received a reprimand from any court, department, bureau, or commission of any State or the United States pertaining to conduct or fitness as a member of the bar.

I declare under penalty of perjury under laws of the United States that the foregoing is true and correct.

Executed this 07th day of January 2025 in Houston, Texas.

Leigh S. Montgomery
Texas Bar No. 24052214
lmontgomery@eksm.com
4200 Montrose Blvd
Suite 200
Houston, Texas 77006
Phone: (888) 350-3931
Fax: (888) 276-3455

# The Supreme Court of Texas

AUSTIN
---
CLERK'S OFFICE

   **I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Leigh Skye Montgomery**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 2nd day of May, 2008.

   I further certify that the records of this office show that, as of this date

**Leigh Skye Montgomery**

is presently enrolled with the State Bar of Texas as an active member in good standing.

   **IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 8th day of January, 2025.

   BLAKE HAWTHORNE, Clerk

   Clerk, Supreme Court of Texas

No. 1583C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

January 08, 2025

Re: Ms. Leigh Skye Montgomery, State Bar Number 24052214

To Whom It May Concern:

This is to certify that Ms. Leigh Skye Montgomery was licensed to practice law in Texas on May 02, 2008, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167