IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Chitalu Chitalu,<br>  *individually and on behalf of*<br>  *all others similarly situated*, | Case No. 3:24 CV 1975<br><br>O R D E R |
| Plaintiff, | JUDGE JACK ZOUHARY |
| -vs- | |
| Casad Company, Inc.<br> *d/b/a Totally Promotional*, | |
| Defendant. | |

Zoom Status Conference held on February 18, 2025.  Counsel present: Leigh Montgomery for Plaintiff; Claudia McCarron for Defendant.

Counsel continue to have discussions.  A further Zoom Status Conference is set for **March 5, 2025 at 9:30 AM (EST)**.  If counsel believe motion practice is the best next step, counsel shall forward a joint email to Chambers (zouhary_chambers@ohnd.uscourts.gov) identifying and briefly discussing the issue to be addressed.  In the interim, all legal filings are stayed.

IT IS SO ORDERED.

   s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

February 20, 2025