UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CHITALU CHITALU, individually and on behalf of all others similarly situated,<br>                Plaintiff,<br>    v.<br>CASAD COMPANY, INC., d/b/a TOTALLY PROMOTIONAL<br>                Defendant. | Case No. 3:24-cv-01975-JZ |

### JOINT NOTICE OF AGREEMENT TO INDIVIDUAL ARBITRATION AND REQUEST TO STAY

Plaintiff Chitalu Chitalu and Defendant Casad Company, Inc. d/b/a Totally Promotional ("Casad") hereby provide notice that the parties have reached agreement that this matter should be adjudicated in individual arbitration as provided in the applicable Casad Terms & Conditions. The parties request that the Court adjourn the status conference scheduled on **March 5, 2025** and stay all case deadlines for thirty (30) days to permit Plaintiff to submit a voluntary dismissal of this action.

/s/ Leigh S. Montgomery
Leigh S. Montgomery*
Joshua Sanford
4200 Montrose, Ste. 200
Houston, Texas 77006
Phone: (888) 350-3931
lmontgomery@eksm.com
jsanford@eksm.com

*Counsel for Plaintiff*

/s/ Claudia McCarron
Claudia D. McCarron
Meghan J. Wood
**MULLEN COUGHLIN LLC**
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
Phone: (267) 930-4787

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 4, 2025, a true and correct copy of the foregoing document has been served upon all counsel of record via CM/ECF.

/s/ Claudia McCarron
Claudia McCarron
