UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CHITALU CHITALU individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CASAD COMPANY, INC., d/b/a/ TOTTALY PROMOTIONAL,<br><br>Defendant. | Case No: 3:24-cv-01975-JZ |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Chitalu Chitalu, individually and on behalf of all others similarly situated ("Plaintiffs") hereby voluntarily dismisses Defendant Casad Company, Inc. d/b/a Totally Promotional ("Defendant") without prejudice.

Date: April 9, 2025,          Respectfully submitted,

*/s/Leigh S. Montgomery*
Leigh S. Montgomery *pro hac vice*
Texas Bar No. 24052214
lmontgomery@eksm.com
EKSM, LLP
4200 Montrose Blvd, Suite 200
Houston, Texas 77006
Phone: (888) 350-3931

1

Joshua Sanford (AR Bar ID # 2001037)
jsanford@eksm.com
EKSM, LLP
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Phone: (501) 221-0088

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I certify that on April 9, 2025 a true and correct copy of the foregoing document was served via CM/ECF.

*/s/Leigh S. Montgomery*
Leigh S. Montgomery
