UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CHITALU CHITALU individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CASAD COMPANY, INC., d/b/a/ TOTTALY PROMOTIONAL,<br><br>Defendant. | Case No: 3:24-cv-01975-JZ |

## [proposed] ORDER GRANTING PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

On this day, the Court considered Plaintiff Chitalu Chitalu, individually and on behalf of all others similarly situated Voluntary Dismissal of the claims against Defendant Casad Company, Inc. d/b/a Totally Promotional ("Defendant") without prejudice.

IT IS HEREBY ORDERED, that Plaintiff Chitalu Chitalu, individually and on behalf of all others similarly situated; Voluntary Dismissal Without Prejudice of Defendant Casad Company, Inc. d/b/a Totally Promotional is GRANTED and this matter is now closed.

Signed this _____ day of _____ 2025.

_____
United States District Judge