UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CHITALU CHITALU individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CASAD COMPANY, INC., d/b/a/ TOTTALY PROMOTIONAL,<br><br>Defendant. | Case No: 3:24-cv-01975-JZ |

**ORDER GRANTING PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

On this day, the Court considered Plaintiff Chitalu Chitalu, individually and on behalf of all others similarly situated Voluntary Dismissal of the claims against Defendant Casad Company, Inc. d/b/a Totally Promotional ("Defendant") without prejudice.

IT IS HEREBY ORDERED, that Plaintiff Chitalu Chitalu, individually and on behalf of all others similarly situated; Voluntary Dismissal Without Prejudice of Defendant Casad Company, Inc. d/b/a Totally Promotional is GRANTED and this matter is now closed.

Signed this ___11th___ day of ___April___ 2025.

                                                       *s/ Jack Zouhary*
                                                      United States District Judge

1